**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| QADIR BAKHSH, | ) |
| Plaintiff, | ) Case No. 2:15-cv-01948-GMN-CWH |
| vs. | ) **ORDER** |
| MUHAMMAD Q. KHAN, | ) |
| Defendants. | ) |

Before the Court is Defendant Maimoona Q. Khan's ("defendant") unopposed motion to stay (doc. # 20), filed November 18, 2015.

In her motion, defendant contends that she has filed for bankruptcy and currently has a petition before a U.S. Bankruptcy Court. However, defendant fails to provide a case number and relevant attachments to her motion demonstrating that her case is, in fact, before a U.S. Bankruptcy Court. Without more, the Court must deny the instant motion.

Accordingly, **IT IS HEREBY ORDERED** that defendant's unopposed motion to stay (doc. # 20) is **denied without prejudice**.

DATED: December 21, 2015

C.W. Hoffman, Jr.
United States Magistrate Judge